AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

FILED
2016 JUN -7 A 10: 08
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

| | |
|---|---|
| United States of America<br>v.<br>Kia Zolfaghari | Case No.<br><br>3 16 70699<br>**MAG** |

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of     Nov. 14, 2015 through present     in the county of     San Francisco     in the

Northern     District of     California     , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) and 841(b)(1)(C) | Distribution, Manufacture, and Possession with Intent to Distribute Fentanyl, a Schedule II Controlled Substance |
| 21 U.S.C. 846 | Conspiracy to Distribute, Manufacture, and Possess with Intent to Distribute Fentanyl, a Schedule II Controlled Substance |

This criminal complaint is based on these facts:

Please see attached affidavit of DEA Special Agent Austin Curnow.

☑ Continued on the attached sheet.

Approved as to form:

AUSA Rita Lin

_____
Complainant's signature

DEA Special Agent Austin Curnow
_____
Printed name and title

Sworn to before me and signed in my presence.

Date:  Jun 7, 2016

_____
Judge's signature

City and state:     San Francisco, CA

Hon. Laurel Beeler, U.S. Magistrate Judge
_____
Printed name and title

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☒ COMPLAINT   ☐ INFORMATION   ☐ INDICTMENT
                                   ☐ SUPERSEDING

—————— OFFENSE CHARGED ——————

21 U.S.C. 841(a)(1) & 841(b)(1)(C) (Distribution of, manufacture of, and possession with intent to distribute fentanyl)

21 U.S.C. 846 (Conspiracy to distribute, manufacture, and possess with intent to distribute fentanyl)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   For each count: Maximum 20 Years Imprisonment; Maximum Fine of $1,000,000 or twice the gain or loss; Minimum Supervised Release of 3 Years; Maximum Supervised Release of Life; Mandatory $100 Special Assessment; Deportation; Mandatory and Discretionary Denial of Federal Benefits

—————— Name of District Court, and/or Judge/Magistrate Location ——————

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

┌─ DEFENDANT - U.S ─
│ ▶ Kia Zolfaghari
│
│ DISTRICT COURT NUMBER

—————— PROCEEDING ——————

Name of Complaintant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE       SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant                   MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form        Brian J. Stretch

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)        Rita Lin

—————— DEFENDANT ——————

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction        } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
     If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No      } If "Yes" give date filed _____

DATE OF ARREST ▶          Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶     Month/Day/Year _____

☐ This report amends AO 257 previously submitted

—————— ADDITIONAL INFORMATION OR COMMENTS ——————

PROCESS:
  ☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT       Bail Amount: No bail

  If Summons, complete following:
  ☐ Arraignment   ☐ Initial Appearance

  Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments: