UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KIA ZOLFAGHARI,<br><br>　　　　　Defendant. | Case No. 16-cr-00259-SI-1<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR DOCUMENTS AND WAIVING REPRODUCTION COSTS**<br><br>Re: Dkt. No. 186 |

Defendant Kia Zolfaghari has filed a *pro se* request for a copy of the docket sheet, his plea agreement (Dkt. No. 170), the judgment (Dkt. No. 185), and the sentencing minutes (Dkt. No. 183). Defendant is indigent, Dkt. Nos. 8-9. The Court hereby GRANTS defendant's request and waives the reproduction costs. The Clerk shall mail the documents to defendant.

**IT IS SO ORDERED**.

Dated: November 9, 2020

　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge